Nevada Restaurant Association                                        Page 1 of 2



The NvRA promotes a pro-restaurant agenda on critical restaurant issues like...    ▶ Become a Member

**Member Benefits**

» NRA Blog
» Education & Training
» Food Safety Training
» Alcohol Service Card
» Find Job/Post Job
» Government Affairs
» Library
» Partnerships
» Newsletters
» Vendor Value Program
» JOIN NOW!

**Association Activities**

» Calendar
» Events - Current
» Events - Past
» Dining Guide
» Epicurean Affair LV
» Governmental Links
» LVIRS - The Show
» NV Hospitality Foundation
» Association News

Meet the ...

» NRA
» NRA Restaurants
» Allied Members/ Suppliers
» NRA Board

Become a Member

By-Laws



EPICUREAN AFFAIR LAS VEGAS



Presents
**EPICUREAN AFFAIR 2007**
Thursday, May 31st ~ 7:00 PM TICKETS ON SALE NOW!
702-733-3333
800-221-7299
Be sure to reference Flamingo Las Vegas Hotel Special Event: Epicurean Affair

EPICUREAN PARTICIPANTS 2007 - Las Vegas



**RESTAURANT & LOUNGE PARTICIPANTS 2007**

▶ Ah Sin
▶ Al Dente
▶ Alize at the Palms
▶ All American Bar & Grill
▶ Andre's French Restaurant
▶ Antonio's Ristorante
▶ Aureole

**SPONSORS 2007**

▶ Boyds Coffee
▶ Coors of Las Vegas
▶ DeLuca Liquor & Wine, Ltd
▶ Embarq Yellow Pages
▶ Mission Industries
▶ Mountain Valley Springs Water
▶ Nevada Wine Agents
▶ Sara Lee Foodservice
▶ South Point Hotel & Casino
▶ Sysco Food Service of Las Vegas

▶ Harrah's
▶ Island Oasis Frozen Beverage Company
▶ Kokomo's
▶ L'Atelier de Joel Robuchon
▶ Le Provencal
▶ Les Artiste
▶ Maggiano's Little Italy
▶ Mandalay Bay
▶ Marssa

**Members Only**

» Culinary Awards Nomination Form
» Take A TIP From Heartland
» Member Resources
» Mind Your Own Business

LOGIN
EDIT CONTACT INFO

**NRA News**

NvRA Delivers Testimony To The Southern Nevada Health District Regarding Proposed Fee Increases

The National Restaurant Association Reacts To Minimum Wage Increase, Tax Relief Package Included In Iraq Spending Bill

Nevada Restaurant Association President & CEO Leads International Society Of Restaurant Association Executives

US Air Force, Aviation Nation And Nevada Restaurants - What A Combo!

NvRA Offers To Serve On Water Conservation Coaltion Board

Important Notice: Credit Card Receipts And FACTA

Southwest Culinary Tourism Symposium - You're Invited

Member Restaurants Meet With Senator Amodei

NvRA Meets With The US Chamber

National Restaurant Association Announces Strong Support For Personal Responsibility In Food Consumption Act

Nevada Restaurant Association Announces First-Ever 'Random Rewards' Winner

**NRA Language Options**

Translate this page to:
Espanol

http://www.nvrestaurants.com/Epicurean_Affair.asp                    5/29/2007

Nevada Restaurant Association | Page 2 of 2

- Bally's
- Bally's Steakhouse
- Bellagio
- Border Grill at Mandalay Bay
- Bouchon
- Boyd Coffee Company
- Bradley Ogden at Caesars Palace
- Burger Brasserie
- Buzio's Oyster Bar at the Rio
- Caesars Palace
- Café Martorano
- Charlie Palmer Steak
- Chicago Brewing Company
- China Grill at Mandalay Bay
- Coors of Las Vegas
- CP Steak
- Craftsteak at MGM
- Delmonico Steakhouse at The Venetian
- DeLuca Liquor & Wine, Ltd.
- Don B's Steakhouse
- Don Vito's
- Embarq Yellow Pages
- Emeril's New Orleans Fish House
- Envy
- Fin
- Fitzgeralds Casino & Hotel
- Flamingo Las Vegas
- Fleur de Lys
- Four Queens Casino Hotel
- Four Seasons
- Francesco's Italian Restaurant
- Gaylord India Restaurant at the Rio
- Gilly's at the New Frontier
- Gordon Biersch
- Guy Savoy
- Hamada of Japan

- McCormick & Schmick's Seafood Restaurant
- Memphis BBQ
- Mesa Grill
- MGM Grand Hotel & Casino
- Mix Lounge
- Monte Carlo
- Nevada Wine Agents
- New York - New York
- Nine Fine Irishmen at NY-NY
- Nobhill at MGM Grand
- Paris Las Vegas
- Paris/Bally's/Rio-Pastries & Beverage
- Pho - Vietnamese Cuisine
- Red Square at Mandalay Bay
- Renaissance Las Vegas
- Ricardo's Las Vegas
- Rio
- Roy's Las Vegas
- Sara Lee Foodservice
- Shibuya at MGM Grand
- Silverado Steakhouse
- Social House
- Southern Wine & Spirits
- Sysco Food Service of Las Vegas
- The Mirage
- The New Frontier
- The Venetian
- THEhotel at Mandalay Bay
- Treasure Island
- Voodoo Cafe, at the Rio
- Wild Truffles
- Wolfgang Puck Fine Dining Group

Francais
Italiano
Deutsch
Portugues

**EPICUREAN AFFAIR 2005**
View information about last years event.



Information on participating in or attending Las Vegas' most prestigious dining extravaganza.

| Home | About Us | Membership | Education & Training | Sponsor Opportunities |
| Site Map | Calendar | Government Affairs | Media | Partnerships | Contact Us |

© 2004-2006 Nevada Restaurant Association. All Rights Reserved. Web Design by HTMLfx Las Vegas

Welcome To Gaylord India Restaurant (415) 339-0172                         Page 1 of 1





Gaylord India Restaurant offers a unique luncheon and dining experience for locals and visitors alike. Situated right on the water in historic Sausalito, our spacious dining room overlooks a spectacular view of the San Francisco skyline, the Bay, Angel Island and Tiburon.

Since our inception in 1976, Gaylord India Restaurant has been consistently rated among the Top Ten Indian Restaurants worldwide and continues to receive acclaim as one of the best Indian restaurants in America. A "Zagat" Restaurant of Excellence, visitors enjoy a warm and romantic setting for a truly Indian dining experience.

The restaurant has seating for up to 250 people, including a private dining room for business or banquets that seats up to 100 guests. The best of traditional Indian dining is complemented with our new India Asian Fusion dishes to add real international flavor and innovation for those who love fine dining. It is our pleasure to extend our hospitality and service to those who would like to experience

"A Bit Of India On the Bay..."

**Click Here For Information About Our Sacramento Location**



[Menu] [Services] [History] [Events] [Reservations] [Contact Us]

Website Provided By: VanProDesigns

http://www.gaylords.com/                                                    5/29/2007

Live Search: Gaylord India Restaurant                                Page 1 of 2



Live Search  [Gaylord India Restaurant]                Sign in

Web | Images | News | Maps | Classifieds | More▼

**Gaylord India Restaurant** Page 1 of 25,487 results • Options • Advanced

**Gaylord - Library Supplies, Archival Supplies and Library Furniture**
Offers archival and conservation supplies, library furniture, and online information service.
www.**gaylord**.com · Cached page

**Gaylord India Restaurant**
Indian specialties include tandoori (clay oven), curries and vegetarian selections, served in an elegant environment in downtown San Francisco, CA.
www.**gaylord**s1.com · Cached page

**GAYLORD INDIA** Bevelry Hills SPECIAL EVENTS
www.**gaylord**la.com · Cached page

> **Gaylord** Beverly Hills
> Host your special event with state of the art Sound System | Flat ... 2006 **Gaylord India Restaurant**
> www.**gaylord**la.com/premierbanquetroom.html ml · Cached page
> +Show more results from www.gaylordla.com

**Gaylord India Restaurant**, Las Vegas
Site Created by Blue Bison Communications All Content ©2005 **Gaylord India** Restaurants, Inc.
www.dvamedia.com/**gaylord** · Cached page

Welcome To **Gaylord India Restaurant** (415) 339-0172
Second location of this Indian **restaurant**, featuring a full bar, meeting and banquet rooms, and full service catering for any size group.
www.**gaylord**s.com · Cached page

Las Vegas Restaurants and Dining at Rio Las Vegas
**Gaylord India Restaurant**, an award-winning San Francisco mainstay for nearly three decades, has served presidents, prime ministers, ambassadors, senators, mayors, rock stars & celebrities.

Live Search: Gaylord India Restaurant                                                                                   Page 2 of 2

www.harrahs.com/casinos/rio/**restaurant**s-dining/**gaylord-india-restaurant**-detail.html · Cached page

**Gaylord India Restaurant at Menlo Park**
**Gaylord India Restaurant** at Menlo Park has the distinction of being Zagat Rated. Zagat is a guide to local restaurants and entertainment with reviews and ratings by diners who visited the **restaurant**
www.**gaylord**menlo.com/media.html · Cached page page

**Gaylord India Restaurant - Sausalito**
**Gaylord India Restaurant** - Sausalito writes... Travelers the world over have come to identify the **Gaylord** name with the finest of Indian restaurants, **Gaylord** has been consistently rated among the top ...
https://www.opentable.com/rest_profile.aspx?rid=5169 · Cached page

**Gaylord India Restaurant - Las Vegas - Rio Hotel & Casino ...**
Now you can conveniently make a reservation at **Gaylord India Restaurant** over the Internet. Just complete and submit the following form. We will contact you as soon as possible with either a ...
reservations.lasvegas**restaurant**sonline.com/**gaylor**ord/reservations.jsp?referrer= · Cached page

SPONSORED SITES

**Looking for India's ?**
Free Restaurants, Recipes and Reviews by foodies like you.
www.friendseat.com

See your message here...

Didn't find an answer? Ask a real person on Live QnA.

Prev   1   2   3   4   5   Next



Learn more about the new Live Search.    [Gaylord India Restaurant]

© 2007 Microsoft  Trademarks | Privacy | Legal | For Site Owners          Help Central | Account | Feedback



Gaylord india restaurant, Las Vegas    Page 1 of 2

**Gaylord** india restaurant Rio Hotel & Casino • 702-777-2277

**Dinner Menu**

**More Las Vegas Restaurants**

**usmenuguide**

**Cuisine**
Northern Indian

**Neighborhood**
Rio Hotel & Casino

**Delivery**
Delivery Not Available
Take out available

**Features**
• Reserve Wine List
• Lunch Buffet

**Reservations**
Recommended

**Parking**
Hotel Lot or Valet

**Children's Menu**
No

**Payment Methods**
Visa, MC,
AMEX, Discover,
DC, JCB
Travelers Checks

**Private Rooms**
Yes, seats 20.

**Hours:**
Open 7 Days

*Lunch*
11:30am -2: 30pm

*Dinner*
5 pm - 11 pm

**Additional Gaylord locations:**
San Francisco
Menlo Park

www.gaylords.com





Distinguished Restaurants of North America (DiRONA) Award

http://www.usmenuguide.com/gaylord.html    5/29/2007

Gaylord india restaurant, Las Vegas                                          Page 2 of 2



http://www.usmenuguide.com/gaylord.html                                      5/29/2007