David E. Lovejoy (CSB No. 055283)
102 Reed Ranch Road
TIBURON, CA 94920-2025
   TEL:     415-435-8203
   FAX:    415-435-8857
   e-MAIL:  david.lovejoy@sbcglobal.net
Attorney for: Plaintiff AJANTA Corporation,
          Plaintiff Kishore Kripalani

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJANTA CORPORATION and Kishore Kripalani<br>    Plaintiffs<br>v.<br><br>GAYLORD, LLC and Satpal S. Kohli<br>    Defendants. | CASE NO. C07-2823 MJJ<br><br>**Service Of Summons, Complaint, Supplementary Material** |

SERVICE OF DOCUMENTS

Plaintiff AJANTA Corporation served the following documents on each of Defendant GAYLORD, LLC. and Defendant Satpal S. Kohli:

    1.    SUMMONS IN CIVIL CASE dated May 31, 2007. (1p)

    2.    COMPLAINT FOR TRADE NAME AND SERVICE MARK INFRINGEMENT, UN-FAIR COMPETITION AND DILUTION, BREACH OF CONTRACT. (20pp, Exhibits A-M, 25pp)

    3.    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES. (1p)

    4.    STANDING ORDER of Judge Martin J. Jenkins dated 5/12/2006. (3pp)

1      5.    STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DIS-
2  TRICT OF CALIFORNIA.(2pp)
3      6.    NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXER-
4  CISE JURISDICTION. (1p)
5      7.    ECF Registration Information Handout. (3pp)
6      8.    DISPUTE RESOLUTION PROCEDURES. (26 pp)

8  The service of the above-identified documents was pursuant to Federal Rules
9  of Civ. Proc. 4 (h)(1); California Code Civil Proc. 415.40 and Federal Rules of Civ.
10 Proc. 4 (e)(1); California Code Civil Proc. 415.40.
11 The documents were mailed on June 1, 2007 with a mailing address of 3700
12 W. Flamingo Rd, Las Vegas, NV 89103-4043 to the attention of Defendant GAYLORD,
13 LLC. and Defendant Satpal S. Kohli.
14 The following attorney contacted me indicating that he represented Defendant
15 GAYLORD, LLC. and Defendant Satpal S. Kohli and acknowledged actual receipt of the above
16 served documents:

>Gregory F. Buhyoff *
>Weide & Miller, Ltd.
>5th Floor, Bank West Building
>7251 West Lake Mead Blvd. Suite 530
>Las Vegas, NV  89128
>702-382-4804 (voice)
>702-382-4805 (facsimile)
>Email: GBuhyoff@weidemiller.com

22     * Admitted in California and Nevada
23 Attached hereto are the completed RETURN OF SERVICE documents {AO 440
24 (Rev. 8/01) Summons in a Civil Action}.
25 I declare under penalty of perjury under the laws of the United States of America that the
26 foregoing information contained in this SERVICE OF DOCUMENTS and attachments hereto is
27 true and correct.
28

| | |
|---|---|
| 1 | |
| 2 | Dated: <u>June 22, 2007</u> |
| 3 | By: |
| 4 | |
| 5 | _____ |
| 6 | *holograph signature* |
| 7 | /S/ David E. Lovejoy |
| 8 | |
| 9 | |
| 10 | David E. Lovejoy* |
| | Attorney for Plaintiffs |
| 11 | AJANTA Corporation |
| | Kishore Kripalani |
| 12 | |
| 13 | *I hereby attest that I have on file all holograph signatures for any signatures indicated by a "con- |
| 14 | formed" signature (/S/) within this document and any attachments. |
| 15 | |
| 16 | |
| 17 | **<u>CERTIFICATE OF SERVICE</u>** |
| 18 | I hereby certify that the foregoing document and attachments were served upon Attorney |
| 19 | Gregory F. Buhyoff by e-mailing to *GBuhyoff@weidemiller.com* on Friday, June 22, 2007. |
| 20 | |
| 21 | David. E. Lovejoy |
| 22 | _____ |
| 23 | /S/ David E. Lovejoy |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____        _____
                         *Date*                                         *Signature of Server*

                                                                _____
                                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____          _____
                            *Date*                                                                 *Signature of Server*

                                                                                   _____
                                                                                            *Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure