WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
7251 W. Lake Mead Blvd.
Las Vegas, Nevada 89128
Tel: (702) 382-4804
e-Mail: GBuhyoff@weidemiller.com
Fax: (702) 382-4805

Attorneys for Defendants Gaylord, LLC
and Satpal S. Kohli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AJANTA CORPORATION and KISHORE KRIPALANI, | CASE NO. C07-2823 MJJ |
| Plaintiffs, | |
| vs. | STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |
| GAYLORD, LLC and SATPAL S. KOHLI, | |
| Defendants. | |

Plaintiffs AJANTA CORPORATION and KISHORE KRIPALANI ("Plaintiffs") and Defendants GAYLORD, LLC and SATPAL S. KOHLI. ("Defendants"), by and through their respective counsel, hereby stipulate that Defendants shall have until, Sunday, July 15, 2007 to answer or otherwise respond to the complaint in the above-entitled action, which was filed with the Court on May 31, 2007. In exchange, Defendants accept Plaintiffs' service of the summons and complaint pursuant to California Code of Civil Procedure 415.40, and agree not to challenge the same, but reserve all other affirmative defenses and challenges.

This stipulation has been made in good faith and not for the purpose of delay.

Nothing stated in or omitted from this Stipulation shall be construed as a waiver of any the parties' defenses, rights, remedies and/or positions, all of which are expressly reserved, except as otherwise provided herein.

**IT IS SO STIPULATED.**

DATED: June 27, 2007

By _____
Gregory F. Buhyoff, Esq.
GBuhyoff@weidemiller.com
Weide & Miller, Ltd.
7251 W. Lake Mead Blvd.
Las Vegas, Nevada 89128

Attorneys for Defendants

DATED: June 25, 2007

By _____
David E. Lovejoy
(CSB No. 055283)
David.lovejoy@sbcglobal.net
102 Reed Ranch Road
Tiburon, CA 94920-2025

Attorney for Plaintiffs