WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
7251 W. Lake Mead Blvd.
Las Vegas, Nevada 89128
Tel: (702) 382-4804
e-Mail: GBuhyoff@weidemiller.com
Fax: (702) 382-4805

Attorneys for Defendants Gaylord, LLC
and Satpal S. Kohli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AJANTA CORPORATION and KISHORE KRIPALANI,<br><br>    Plaintiffs,<br>vs.<br><br>GAYLORD, LLC and SATPAL S. KOHLI,<br><br>    Defendants. | **CASE NO. C07-2823 MJJ**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiffs AJANTA CORPORATION and KISHORE KRIPALANI ("Plaintiffs") and Defendants GAYLORD, LLC and SATPAL S. KOHLI. ("Defendants"), by and through their respective counsel, hereby stipulate that Defendants shall have until, Sunday, July 22, 2007 to answer or otherwise respond to the complaint in the above-entitled action, which was filed with the Court on May 31, 2007.

This Stipulation has been made in good faith and not for the purpose of delay, but to facilitate settlement discussions.

Nothing stated in or omitted from this Stipulation shall be construed as a waiver of any the parties' defenses, rights, remedies and/or positions, all of which are expressly reserved, except as provided in the STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, which was filed with the Court on June 28, 2007.

**IT IS SO STIPULATED.**

DATED: July 12, 2007                                DATED: July 12, 2007

By____/S/ Gregory F. Buhyoff_____       By____/S/ David E. Lovejoy_____

Gregory F. Buhyoff, Esq.                            David E. Lovejoy, Esq.
GBuhyoff@weidemiller.com                         David.lovejoy@sbcglobal.net
Weide & Miller, Ltd.                                 102 Reed Ranch Road
7251 W. Lake Mead Blvd.                            Tiburon, CA 94920-2025
Las Vegas, Nevada 89128

Attorneys for Defendants                             Attorney for Plaintiffs

## **ATTESTATION**

I, Gregory F. Buhyoff, hereby certify and attest that concurrence in the filing of this document with the Court has been obtained from David E. Lovejoy, Esq., the other signatory thereto, and that David E. Lovejoy has authorized me to sign his name to this documents by typing "/S/ David E. Lovejoy.

　　　　　　　　　　　　　　　　　　　　　　　　____/S/ Gregory F. Buhyoff_____

　　　　　　　　　　　　　　　　　　　　　　　　Gregory F. Buhyoff, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　GBuhyoff@weidemiller.com
　　　　　　　　　　　　　　　　　　　　　　　　Weide & Miller, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　　7251 W. Lake Mead Blvd.
　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89128

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants/Filer

**CERTIFICATE OF SERVICE**

I, Gregory F. Buhyoff, hereby certify that the foregoing document was served upon Attorney David E. Lovejoy by e-mailing to david.lovejoy@sbcglobal.net on Thursday, July 12, 2007.

/S/ Gregory F. Buhyoff

Gregory F. Buhyoff

STIPULATION TO EXTEND TIME FOR DEFENDANTS  3
TO RESPOND TO COMPLAINT (Second)

CASE NO. C07-2823 MJJ
GFB-W-1624.doc