1  WEIDE & MILLER, LTD.
   Gregory F. Buhyoff
2  California State Bar No. 141437
   Bank of Nevada Bldg., Suite 530
3  7251 W. Lake Mead Blvd.
   Las Vegas, Nevada 89128
4  Tel: (702) 382-4804
   e-Mail: GBuhyoff@weidemiller.com
5  Fax: (702) 382-4805

6  Attorneys for Defendants Gaylord, LLC
   and Satpal S. Kohli
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13

14

15 | AJANTA CORPORATION and KISHORE    ) CASE NO. C07-2823 MJJ
   | KRIPALANI,                        )
16 |                                   )
   |                                   )
17 |        Plaintiffs,                )
   |   vs.                             ) **STIPULATION TO EXTEND TIME FOR**
18 |                                   ) **DEFENDANTS TO ANSWER OR**
   | GAYLORD, LLC and SATPAL S. KOHLI, ) **OTHERWISE RESPOND TO THE**
19 |                                   ) **COMPLAINT**
   |                                   )
20 |        Defendants.                )
21 |_____)

22   Plaintiffs AJANTA CORPORATION and KISHORE KRIPALANI ("Plaintiffs") and

23 Defendants GAYLORD, LLC and SATPAL S. KOHLI. ("Defendants"), by and through their

24 respective counsel, hereby stipulate that Defendants shall have until, Sunday, July 22, 2007 to

25 answer or otherwise respond to the complaint in the above-entitled action, which was filed with

26 the Court on May 31, 2007.

27   This Stipulation has been made in good faith and not for the purpose of delay, but to

28 facilitate settlement discussions.

1  Nothing stated in or omitted from this Stipulation shall be construed as a waiver of any of the parties' defenses, rights, remedies and/or positions, all of which are expressly reserved, except as provided in the STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, which was filed with the Court on June 28, 2007.

**IT IS SO STIPULATED.**

DATED: July 12, 2007                              DATED: July 12, 2007


By____/S/ Gregory F. Buhyoff_____      By____/S/ David E. Lovejoy_____

Gregory F. Buhyoff, Esq.                           David E. Lovejoy, Esq.
GBuhyoff@weidemiller.com                       David.lovejoy@sbcglobal.net
Weide & Miller, Ltd.                                 102 Reed Ranch Road
7251 W. Lake Mead Blvd.                         Tiburon, CA 94920-2025
Las Vegas, Nevada 89128

Attorneys for Defendants                           Attorney for Plaintiffs


### ATTESTATION

I, Gregory F. Buhyoff, hereby certify and attest that concurrence in the filing of this document with the Court has been obtained from David E. Lovejoy, Esq., the other signatory thereto, and that David E. Lovejoy has authorized me to sign his name to this documents by typing "/S/ David E. Lovejoy.

_____/S/ Gregory F. Buhyoff_____

Gregory F. Buhyoff, Esq.
GBuhyoff@weidemiller.com
Weide & Miller, Ltd.
7251 W. Lake Mead Blvd.
Las Vegas, Nevada 89128

Attorneys for Defendants/Filer



IT IS SO ORDERED
Judge Martin J. Jenkins
Dated: 7/16/07
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I, Gregory F. Buhyoff, hereby certify that the foregoing document was served upon Attorney David E. Lovejoy by e-mailing to david.lovejoy@sbcglobal.net on Thursday, July 12, 2007.

/S/ Gregory F. Buhyoff

Gregory F. Buhyoff