1   WEIDE & MILLER, LTD.
    Gregory F. Buhyoff
2   California State Bar No. 141437
    Bank of Nevada Bldg., Suite 530
3   7251 W. Lake Mead Blvd.
    Las Vegas, Nevada 89128
4   Tel: (702) 382-4804
    e-Mail: GBuhyoff@weidemiller.com
5   Fax: (702) 382-4805

6   Attorneys for Defendants Gaylord, LLC
    and Satpal S. Kohli
7

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  AJANTA CORPORATION and KISHORE      )   CASE NO. C07-2823 MJJ
    KRIPALANI,                          )
14                                      )
                                        )
15          Plaintiffs,                 )   [ PROPOSED ] ORDER AFTER
                                        )   HEARING ON DEFENDANTS' MOTION
16      vs.                             )   TO DISMISS FOR LACK OF PERSONAL
                                        )   JURISDICTION, TO DISMISS FOR
17  GAYLORD, LLC and SATPAL S. KOHLI,   )   IMPROPER VENUE OR IN THE
                                        )   ALTERNATIVE TO TRANSFER FOR
18                                      )   IMPROPER VENUE (28 USC §1406(a))
          Defendants.                   )   OR IN ALTERNATIVE TO TRANSFER
19                                      )   FOR CONVENIENCE (28 USC §1404(a))
                                        )
20                                      )
                                        )
21  _____)

22          THIS MATTER, having come on regularly before this Court on _____, 2007, the

23  parties having appeared through counsel, the Court having considered the parties' respective

24  papers on file herein, and having heard the arguments of counsel, and good cause appearing

25  therefor, it is hereby:

26          **ORDERED** that Defendants MOTION TO DISMISS FOR LACK OF PERSONAL

27  JURISDICTION, TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE TO
28

1  TRANSFER FOR IMPROPER VENUE (28 USC §1406(a)) OR IN ALTERNATIVE TO
2  TRANSFER FOR CONVENIENCE (28 USC §1404(a)) is **GRANTED** to the following extent:
3
4          Pursuant to Rule 12(b)(2) of the Fed. R. Civ. P., Plaintiffs' action herein is hereby
5  dismissed without prejudice as to Defendant Gaylord, LLC and Defendant Satpal S. Kohli
6  because this Court lacks *in personam* jurisdiction over said defendants.
7          Pursuant to Rule 12(b)(3) of the Fed. R. Civ. P., Plaintiffs' action herein is hereby
8  dismissed without prejudice as to Defendant Gaylord, LLC and Defendant Satpal S. Kohli
9  because this Court is an improper venue for Plaintiffs' action.
10
11         Pursuant to 28 U.S.C. §1406(a) Plaintiffs' action herein is hereby transferred to the
12  United States District Court for Nevada because this Court is an improper venue for this action.
13         Pursuant to 28 U.S.C. §1404(a) Plaintiffs' action herein is hereby transferred to the
14  United States District Court for Nevada because the District of Nevada is a more convenient
15  forum for this action.
16
17
18                              **IT IS SO ORDERED.**
19
20          _____
21                         United States District Court Judge
22
23
24  Submitted:  July 22, 2007
    **WEIDE & MILLER, LTD.**
25
26  By_____
27      Gregory F. Buhyoff, Esq.
28  Attorneys for Defendants Gaylord, LLC and Satpal S. Kohli

[ PROPOSED ] ORDER AFTER HEARING            2            CASE NO. C07-2823 MJJ
ON DEFENDANTS' MOTION TO DISMISS/TRANSFER                    GFB-W-1634

## CERTIFICATE OF SERVICE

I, Gregory F. Buhyoff, hereby certify that the foregoing document was served upon Attorney David E. Lovejoy by e-mailing the same to davidlovejoy@sbcglobal.net. Sunday, July 12, 2007.

/S/Gregory F. Buhyoff

Gregory F. Buhyoff

CASE NO. C07-2823 MJJ