UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AJANTA CORPORATION and
Kishore Kripalani

                Plaintiff(s),

v.

GAYLORD, LLC and
Satpal S. Kohli

                Defendant(s).
_____/

Case No. C07-2823 MJJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

      (4) The parties have jointly agreed upon ENE as the ADR option.

Dated: Aug. 15, 2007

                                    AJANTA CORPORATION
                                    [Party]
                                    /S/ Kishore Kripalani

Dated: Aug. 15, 2007

                                    David E. Lovejoy
                                    [Counsel]
                                    /S/ David E. Lovejoy

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.