David E. Lovejoy (CSB No. 055283)
102 Reed Ranch Road
TIBURON, CA 94920-2025
   TEL:    415-435-8203
   FAX:    415-435-8857
   e-MAIL:  david.lovejoy@sbcglobal.net
Attorney for: Plaintiff AJANTA Corporation,
          Plaintiff Kishore Kripalani

WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
725 1 W, Lake Mead Blvd.
Las Vegas, Nevada 89128
  Tel: (702) 382-4804
  e-Mail: GBuhyoff@weidemiller.com
  Fax: (702) 382-4805
Attorneys for: Defendants Gaylord, LLC
          and Satpal S. Kohli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJANTA CORPORATION and Kishore Kripalani<br>    Plaintiffs<br>v.<br>GAYLORD, LLC and Satpal S. Kohli<br>    Defendants. | CASE NO. CASE NO. C07-2823 MJJ<br><br>STIPULATION TO RESET HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS OR TRANSFER |

## **STIPULATION**

1. The Defendants' Motion[i] (Document 8 filed 07/22/2007) is set for hearing on 11 September 2007.

2. Plaintiffs AJANTA CORPORATION and KISHORE KRIPALANI and Defendants GAYLORD, LLC and SATPAL S. KOHLI by and through their respective counsel, hereby stipu-

1  late and request the court to order that Defendants' Motion (Document 8 filed 07/22/2007) be
2  reset to be heard 9 October 2007 or as soon thereafter as may be heard by the court.
3  **3.** This Stipulation and request has been made in good faith to facilitate settlement discussions.

Dated: August 28, 2007

By  /S/ David E. Lovejoy

By  /S/ Gregory F. Buhyoff

David E. Lovejoy
Attorney for Plaintiffs
  AJANTA Corporation
  Kishore Kripalani

Gregory F. Buhyoff
Attorney for Defendants
  Gaylord, LLC
  Satpal S. Kohli

---

[i] MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE TO TRANSFER FOR IMPROPER VENUE (28 USC g1406(a)) OR IN ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 USC g1404(a)).