David E. Lovejoy (CSB No. 055283)
102 Reed Ranch Road
TIBURON, CA 94920-2025
   TEL:      415-435-8203
   FAX:      415-435-8857
   e-MAIL:   david.lovejoy@sbcglobal.net
Attorney for: Plaintiff AJANTA Corporation,
              Plaintiff Kishore Kripalani


WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
725 1 W, Lake Mead Blvd.
Las Vegas, Nevada 89128
   Tel: (702) 382-4804
   e-Mail: GBuhyoff@weidemiller.com
   Fax: (702) 382-4805
Attorneys for: Defendants Gaylord, LLC
               and Satpal S. Kohli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| AJANTA CORPORATION and Kishore Kripalani<br>     Plaintiffs<br>v.<br><br>GAYLORD, LLC and Satpal S. Kohli<br>     Defendants. | CASE NO. CASE NO. C07-2823 MJJ<br><br>ORDER TO RESET HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS OR TRANSFER |
|---|---|

## **ORDER**

1. The Defendants' Motion (Document 8 filed 07/22/2007) is set for hearing on 11 September 2007.

2. Plaintiffs AJANTA CORPORATION and KISHORE KRIPALANI and Defendants GAYLORD, LLC and SATPAL S. KOHLI by and through their respective counsel, stipulated that

1    Defendants' Motion (Document 8 filed 07/22/2007) be reset to be heard 9 October 2007 or as
2    soon thereafter as may be heard by the court.
3    **3.**   It is ordered that Defendants' Motion be heard:

5    ☐ on the 9 October 2007 at 9:30 AM  or

7    ☐ on _____

10   Dated: _____

17                           _____
18                                        Judge Martin J. Jenkins

Order
Order_07-08-28.fi.doc                                            CASE NO.: C07-2823 MJJ
                         Page 2 of 2