David E. Lovejoy (CSB No. 055283)
102 Reed Ranch Road
TIBURON, CA 94920-2025
  TEL:     415-435-8203
  FAX:     415-435-8857
  e-MAIL:  david.lovejoy@sbcglobal.net
Attorney for: Plaintiff AJANTA Corporation,
              Plaintiff Kishore Kripalani


WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
725 1 W, Lake Mead Blvd.
Las Vegas, Nevada 89128
  Tel: (702) 382-4804
  e-Mail: GBuhyoff@weidemiller.com
  Fax: (702) 382-4805
Attorneys for: Defendants Gaylord, LLC
               and Satpal S. Kohli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJANTA CORPORATION and Kishore Kripalani<br>    Plaintiffs<br>v.<br>GAYLORD, LLC and Satpal S. Kohli<br>    Defendants. | CASE NO. CASE NO. C07-2823 MJJ<br><br>ORDER TO RESET HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS OR TRANSFER |

## **ORDER**

1. The Defendants' Motion (Document 8 filed 07/22/2007) is set for hearing on 11 September 2007.

2. Plaintiffs AJANTA CORPORATION and KISHORE KRIPALANI and Defendants GAYLORD, LLC and SATPAL S. KOHLI by and through their respective counsel, stipulated that

1  Defendants' Motion (Document 8 filed 07/22/2007) be reset to be heard 9 October 2007 or as
2  soon thereafter as may be heard by the court.
3  **3.** It is ordered that Defendants' Motion be heard:

5  ☐ on the 9 October 2007 at 9:30 AM  or

7  [X] on ___October 16, 2007 at 9:30 a.m.___   THE CASE MANAGEMENT CONF-
                                                ERENCE SCHEDULED FOR SEPT-
8                                               EMBER 4, 2007 IS VACATED AND
                                                RESCHEDULED FOR NOVEMBER
9                                               20, 2007 AT 2:00 PM.  A JOINT
                                                STATEMENT FROM THE
10  Dated: ___8/31/2007_____    PARTIES IS DUE SEVEN DAYS
11                                              PRIOR TO THE CONFERENCE.

17  _____*Martin J. Jenkins*_____
18            Judge Martin J. Jenkins