David E. Lovejoy (CSB No. 055283)
102 Reed Ranch Road
TIBURON, CA 94920-2025
   TEL:     415-435-8203
   FAX:    415-435-8857
   e-MAIL:  david.lovejoy@sbcglobal.net
Attorney for: Plaintiff AJANTA Corporation,
        Plaintiff Kishore Kripalani


WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
725 1 W, Lake Mead Blvd.
Las Vegas, Nevada 89128
   Tel: (702) 382-4804
   e-Mail: GBuhyoff@weidemiller.com
   Fax: (702) 382-4805
Attorneys for: Defendants Gaylord, LLC
        and Satpal S. Kohli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJANTA CORPORATION and Kishore Kripalani<br>    Plaintiffs<br>v.<br><br>GAYLORD, LLC and Satpal S. Kohli<br>    Defendants. | CASE NO. CASE NO. C07-2823 MJJ<br><br>DECLARATION OF KISHORE KRIPALANI IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER |

**1.** DECLARTION

**2.** I, Kishore Kripalani, being sworn to tell the truth under penalty of perjury depose and say that:

2.1.   AJANTA CORPORATION and Kishore Kripalani ("Plaintiffs" meaning either one or both of them) are owners of or licensors to a number of restaurants in Northern California ("California Gaylord restaurants"), in Chicago and in other places in the United States under the famous trademark GAYLORD, registered in the United States Patent And Trademark Office to Plaintiffs.

2.2.   The San Francisco area and Las Vegas area are major tourist centers and many patrons travel frequently back and forth between the two areas.

2.3.   Plaintiff Kripilani is and has been a resident of California and owner and operator for many years of the world-famous GAYLORD INDIA RESTAURANT located at GHIRARDELLI SQUARE, 900 North Point Street, San Francisco, California, (the GHIRARDELLI RESTAURANT).

2.4.   Defendant Gaylord was initially formed by Plaintiff Kripilani to do business under the name GAYLORD in the Rio Hotel in Las Vegas, Nevada (Las Vegas Gaylord) as an extension of the GAYLORD restaurants in California.

2.5.   The décor, layout, operation, cooking, food, staff and other and other attributes of the Gaylord Las Vegas restaurant were planned from California and based upon the Plaintiffs' California Gaylord restaurants.

2.6.   Defendant Ajanta Corporation is a California company and owner of the registered trademark GAYLORD.

2.7.   Plantiff Krippilani on or about June 17, 2004 sold his interest in Defendant Gaylord to Defendant Kohli pursuant to a MEMBERSHIP INTEREST PURCHASE AGREEMENT ("MIPA Agreement").

2.8.   In about September of 2005, Plaintiffs first opened a new Plaintiffs' California Gaylord restaurants in Sausalito, CA.

2.9.   The MIPA Agreement required, among other payments, an on going fee of 2% of Defendant Gaylord revenue. Also, it was required that Defendants enter into a Trademark license agreement with Plaintiffs in order to permit Defendants to continue to operate the

1   Las Vegas Gaylord restaurant under the famous trademark GAYLORD like used in the
2   California Gaylord restaurants.

3   2.10.   Defendants have stopped paying the required ongoing fee in clear breach of the
4   MIPA Agreement.

5   2.11.   Defendants refused to enter into a trademark license agreement and hence Defen-
6   dants are not licensed to use the mark and infringe Plaintiffs' trademark rights.

7   2.12.   Plaintiffs offered a trademark license to Defendants in order to enable Defendants
8   to comply with Defendants' obligations to the Rio Hotel and Defendants refused the license
9   choosing instead to infringe Plaintiffs' trademark rights and breach Defendants' obligations
10  to the Rio Hotel.

11  2.13.   Advertising by Defendants have depicted one of Plaintiffs' California Gaylord res-
12  taurants and the Las Vegas Gaylord restaurant side by side whereby Defendants have inten-
13  tionally caused confusion in California and done injury to Plaintiffs in California.

14  2.14.   California Gaylord restaurants as a result of intentional acts of advertising by the
15  Las Vegas Gaylord restaurant have received telephone calls from local California patrons
16  trying to make reservations at the Las Vegas Gaylord restaurant.

17  2.15.   As a result of the Las Vegas Gaylord advertising directed at patrons of California
18  Gaylord restaurants, the patrons are surprised to learn that the Las Vegas Gaylord restaurant
19  is a trademark infringer of Plaintiffs' trademark.

2.16.   The poor business practices of Defendants have run the Las Vegas Gaylord business downhill and caused poor financial performance for the Las Vegas Gaylord so that Defendants' intentional association of the Las Vegas Gaylord restaurant with Plaintiffs' California Gaylord restaurants intentionally aggravates the injury to Plaintiffs in California.

Dated: <u>September 25, 2007</u>

By:
<u>/S/ Kishore Kripilani</u>

/S/ David E. Lovejoy

David E. Lovejoy*
Attorney for Plaintiffs
  AJANTA Corporation
  Kishore Kripalani

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this document.