Gregory F. Buhyoff
California State Bar No. 141437
WEIDE & MILLER, LTD.
Bank of Nevada Bldg., Suite 530
7251 W. Lake Mead Blvd.
Las Vegas, Nevada 89128
Tel: (702) 382-4804
e-Mail: GBuhyoff@weidemiller.com
Fax: (702) 382-4805

Attorneys for Defendants Defendant Gaylord
and Satpal S. Kohli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AJANTA CORPORATION and KISHORE KRIPALANI, <br><br> Plaintiffs, <br><br> vs. <br><br> DEFENDANT GAYLORD and SATPAL S. KOHLI, <br><br> Defendants. | CASE NO. C07-02823 MJJ <br><br> Date:         October 16, 2007 <br> Time:         9:30 a.m. <br> Courtroom:  11, 19th Floor <br> Before:       The Honorable Judge <br>                   Martin J. Jenkins <br><br> **SUPPLEMENTAL DECLARATION OF SATPAL S. KOHLI IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE 12(b)(3), OR IN THE ALTERNATIVE TO TRANSFER FOR IMPROPER VENUE (28 USC §1406(a)) OR IN ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 USC §1404(a))** |

I, Satpal S. Kohli, declare as follows:

1. I am one of the defendants in the above-titled action.

---

SUPPLEMENTAL DECLARATION OF SATPAL S.     1     CASE NO. C07-02823
KOHLI IN SUPPORT OF MOTION TO DISMISS
OR TRANSFER                                                                  GFB-W-1717

2. I have personal knowledge of each matter addressed herein, and as to those matters stated on information and belief, I believe them to be true.

3. I am currently the Managing Member of Defendant Gaylord, LLC, the owner of the "Nevada Restaurant" defined in paragraph 6 of the DECLARATION OF SATPAL S. KOHLI IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE 12(b)(3), OR IN THE ALTERNATIVE TO TRANSFER FOR IMPROPER VENUE (28 USC §1406(a)) OR IN ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 USC §1404(a) dated July 21, 2007 ("Original Declaration").

4. The design, layout and décor of the Nevada Restaurant were planned in Las Vegas, Nevada, with the assistance and cooperation of the Rio Hotel, which also assisted the Nevada Restaurant in connection with the operation and staffing of the Nevada Restaurant. In addition, a general contractor from Las Vegas was hired to construct the Nevada Restaurant and an interior designer from Las Vegas designed and decorated the interior of the Nevada Restaurant. As noted at paragraphs 16, 17 and 22 of my original Declaration, the Nevada Restaurant has no employees in California and is not supplied with goods from vendors in California, and has never received technical assistance from, or been subject to quality control of either of the Plaintiffs.

5. I have discovered that Plaintiff Kishore Kripalani has placed a number of advertisements regarding the Nevada Restaurant in various publications without the consent of Gaylord, LLC. For example, attached hereto as Exhibit A is a true and correct copy of an advertisement from an issue of *India West* which was published around August 2006 (around the time of India's Independence Day). This advertisement was not placed by Gaylord, LLC or myself. As to the ad on www.usmenuguide.com, I was unaware of this before the commencement of this action.

6. Attached hereto as Exhibit B are true and correct copies of letters that were sent by the Southern Nevada Culinary and Bartenders Union and its legal counsel regarding claims against Gaylord, LLC that arose out of the conduct of Plaintiff Kishore Kripalani while Mr. Kripalani was managing the Nevada Restaurant, and in respect of which Plaintiff Kripalani has an obligation to indemnify under the Membership Interest Purchase Agreement.

7. All acts performed by me in relation to Gaylord, LLC and the Nevada Restaurant were done in my capacity as Managing Member of Gaylord, LLC and not in my personal capacity.

Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2007

_____

Satpal S. Kohli

# EXHIBIT A



# Independence Day Message
## From The
# GAYLORD
### Restaurants

*"What India and Indians all over the Globe have achieved since gaining independence in August of 1947 has made us all proud.*

*Through our world-class restaurants, it is our endeavor to make Indian cuisine popular all over the world and make India proud of our culinary talents."*

*With Best Wishes to you all on the occasion of*

# India's Independence Day.

## GAYLORD
### INDIA RESTAURANTS



**SAUSALITO**
201 BRIDGEWAY,
SAUSALITO, CA 94965
(415) 339-0172

**LAS VEGAS**
RIO HOTEL & CASINO
3700 WEST FLAMINGO AVE.
LAS VEGAS, NV.
(702) 777-2277

**MENLO PARK**
1706 EL CAMINO REAL,
MENLO PARK, CA
(650) 326-8761

**SAN FRANCISCO**
ONE EMBARCADERO CENTER,
PROMENADE LEVEL,
SAN FRANCISCO, CA 94111
(415) 397-7775

**SACRAMENTO**
1501 14TH STREET
SACRAMENTO, CA 95814
(916) 441-6700

Gaylord I-Day Greeting 8/11/06

# EXHIBIT B

# KEVIN B. CHRISTENSEN, CHARTERED

KEVIN B. CHRISTENSEN

EVAN L. JAMES
DARYL E. MARTIN
XANNA R. HARDMAN

7440 W. Sahara Avenue
Las Vegas, Nevada 89117

Telephone (702) 255-1718
FAX (702) 255-0871
Email: KBChrislaw@aol.com

**VIA FIRST CLASS MAIL**

September 20, 2007

Kishore Kripalani
Gaylord India Restaurant
201 Bridge way
Sausalito, CA 94965

Kishore Kripalani
2 Morton Court
Mill Valley, CA 94941

Anita R. Sadhwani (Hari)
43 Negering Crescent
Chapel Hill
Queensland 4069, Australia

Aron Harilela
Kowloon Center
29-39 Ashley Road
Kowloon, Hong Kong

Padma H. Harilela
1 Durham Road
Kowloon, Hong Kong

Re:    HEREIU Welfare Fund v. Gaylord, LLC – Las Vegas, Nevada

Dear Sirs:

This law firm represents the Trustees of the HEREIU (Culinary) Welfare Fund ("Fund"). Late last year the Welfare Fund entered into a Stipulated Judgment with Gaylord, LLC, the company that operates Gaylord of India Restaurant located in the Rio Hotel-Casino in Las Vegas, Nevada. The Judgment was for a substantial sum of money owed in connection with *known* unpaid fringe benefit contributions. The Judgment was never filed with the U.S. District Court because payments it required have to date been made.

The Welfare Fund has recently completed an audit which has revealed previously *unknown* amounts owed. The auditors inform me that Gaylord, LLC still owes in excess of $40,000 to the Welfare Fund. Gaylord, LLC has disputed portions of the audit delinquency, but acknowledges that at least $8,000 will still be owed to the Welfare Fund under the audit, even if its version of events and its view of its duties are adopted by the auditors of the Welfare Fund.

I write you regarding these debts because I am informed that you are Members or former Members of Gaylord, LLC. Under a Membership Interest Purchase Agreement (a copy of which was provided to me by Mr. Stapal Kohli) it appears that you may be responsible to indemnify the current owners of Gaylord, LLC for monies owed as a result actions or omissions that occurred while you were members of Gaylord, LLC. I am hopeful that by involving more potential payors of these debts, an acceptable way to resolve them can be discovered. I also write to notify you that if litigation is required to collect these debts, the Welfare Fund may consider naming each of you as Defendants.

I encourage you to contact me to discuss these matters at your earliest opportunity.

Sincerely yours,

KEVIN B. CHRISTENSEN, CHTD.

DARYL E. MARTIN, ESQ.

cc:    Andrea Reise
       Satpal Kohli



**HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND**

**SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST**

**PAYROLL AUDIT DEPARTMENT**

| 1921 S. Las Vegas Blvd. #106 | Las Vegas, Nevada 89104 | (702) 691-5649 • Fax (702) 691-5646 |

May 23, 2007
**Certified Mail**

Gaylord of India
Satpal Kohli, Owner
3700 West Flamingo Road
Las Vegas, NV 89103

ER#: 3475
AU#: 1637

RE:   Payroll Audit

Dear Mr. Kohli:

We have completed our audit of the contributions remitted for the period January 7, 2003 through December 31, 2003.

The preliminary findings are as follows:

|  | **PENSION** |
|---|---|
| Audit Principal | $ 6,975.62 |
| Overpayments | - |
| Retroactive Interest Through 5/23/2007 | $ 1,874.41 |
| **Total Deficiency** | $ 8,850.03 |

These represent preliminary findings and this is not a final statement.

24

Gaylord of India
Employer Number: 3475
January 7, 2003-December 31, 2003

Page 2

Please be advised that the audit deficiency does not include any amounts that may have been previously billed, including, but not limited to, billing shortages, related interest, late fees, liquidated damages, attorney fees, or prior audit deficiencies.

Please review the enclosed schedules at your earliest possible convenience. If you should discover any discrepancies, please contact us so we can meet to discuss your concerns. We must issue our final billing within 30 days of the date of this letter.

In the unlikely event that subsequent evidence is produced, indicating that additional contributions are owed to the fund within this audit period, the Fund reserves the right to reinvestigate and retroactively bill your account for cause.

Thank you for your cooperation during our review. If you should have any questions regarding this matter, please contact me at (702) 699-8696.

Sincerely,

Tammy Peltzer
Audit Manager

cc:   Alicia Hernandez
      Chila Silva
      Mitchel Whitehead, Esq.
      Richard McCracken, Esq.
      Jim Bonaventure

# SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST
## AUDIT SUMMARY

Employer: Gaylord of India
Employer #: 3475
Audit Period: January 7, 2003 - December 31, 2003

| YEAR | PENSION | | PRINCIPLE DUE |
|---|---|---|---|
| | DISCREPANCIES | OVERPAYMENTS | |
| 2003 | $ 6,975.62 | $ - | $ 6,975.62 |
| TOTAL | $ 6,975.62 | $ - | $ 6,975.62 |

**HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND**

SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST

PAYROLL AUDIT DEPARTMENT

| 1921 S. Las Vegas Blvd. #106 | Las Vegas, Nevada 89104 | (702) 691-5649 • Fax (702) 691-5646 |
|---|---|---|

May 23, 2007
**CERTIFIED MAIL**

Gaylord of India
Satpal Kohli, Owner
3700 West Flamingo Road
Las Vegas, NV  89103

ER#:   3475
AU#:   1637

RE:    Payroll Audit

Dear Mr. Kohli:

We have completed our audit of the contributions remitted for the period January 7, 2003 through December 31, 2003.

The preliminary findings are as follows:

|  | **WELFARE** |
|---|---|
| Audit Principal | $ 40,906.08 |
| Overpayments | - |
| Ineligible Claims | - |
| Ineligible Insurance Payments | - |
| Retroactive Interest Through May 23, 2007 | 406.36 |
| Audit Costs | $   3,255.00 |
| **Total Deficiency** | $ 44,567.44 |

These represent preliminary findings and this is not a final bill.

24

Gaylord of India
Employer Number: 3475
January 7, 2003-December 31, 2003

Page 2

Please be advised that the audit deficiency does not include any amounts that may have been previously billed, including, but not limited to, billing shortages, related interest, late fees, liquidated damages, attorney fees, or prior audit deficiencies.

Please review the enclosed schedules at your earliest possible convenience. If you should discover any discrepancies, please contact us so we can meet to discuss your concerns. We must issue our final billing within 30 days of the date of this letter.

In the unlikely event that subsequent evidence is produced, indicating that additional contributions are owed to the Fund within this audit period, the Fund reserves the right to reinvestigate and retroactively bill your account for cause.

Thank you for your cooperation during our review. If you should have any questions regarding this matter, please contact me at (702) 699-8696.

Sincerely,

*Tammy Peltzer*

Tammy Peltzer
Audit Manager

cc:   Alicia Hernandez
      Laura Luu
      Suzette Cordero
      Jim Bonaventure

# HOTEL EMLOYEES AND RESTAURANT EMPLOYEES
# INTERNATIONAL WELFARE FUND
# AUDIT SUMMARY

Employer: Gaylord of India
Employer #: 3475
Audit Period: January 7, 2003 - December 31, 2003

| HEALTH AND WELFARE | | | |
|---|---|---|---|
| YEAR | DISCREPANCIES | OVERPAYMENTS | BALANCE DUE |
| 2003 | $ 40,906.08 | | $ 40,906.08 |
| TOTAL | $ 40,906.08 | $ - | $ 40,906.08 |

| INELIGIBLE CLAIMS | |
|---|---|
| YEAR | BALANCE DUE |
| 2003 | $ - |
| TOTAL | $ - |

| INELIGIBLE INSURANCE PAYMENTS | |
|---|---|
| YEAR | BALANCE DUE |
| 2003 | $ |
| TOTAL | $ - |