





## ABOUT GAYLORD INDIA RESTAURANTS

The history of Gaylord India restaurants goes back 50 years when the first GAYLORD opened in New Delhi, India in 1946. It was the first upscale Indian Cuisine restaurant that opened in India during the British Raj, and was an instant success. The pioneering entrepreneurs, Iqbal Ghai and Peshori Lal Lamba, established very high standards from the beginning, and subsequently expanded to Bombay and several other Indian cities.

In 1957, they opened their first GAYLORD overseas, in London, where again, the restaurant was an instant success. Subsequently, branch restaurants were opened in Hong Kong, Japan, and in the United States. The venue of the first venture in the U.S. was Chicago followed by New York.

The first west coast GAYLORD was opened by Kishore Kripalani in 1976 high atop San Francisco's GHIRARDELLI SQUARE, with panoramic views of San Francisco Bay and the Marin County Headlands. The restaurant imported trained master chefs from India to guarantee the authenticity of the cuisine. Today, the Gaylord India Restaurants, with locations in Chicago, San Francisco, Sausalito, Menlo Park, Beverly Hills, Las Vegas, and the newest location in Sacramento, are synonymous with quality and authenticity, and have won numerous local and national accolades and awards. GAYLORD INDIA RESTAURANTS set the standard by which other Indian cuisine restaurants operate all over the United States.





GAYLORD'S concept and menus reflect Northern Indian cuisine, featuring TANDOORI and MUGHLAI – style dishes. Influenced by the Moghul Emperors who ruled much of Northern India for over 200 years, the cuisine is renowned for its exceptional

spices, opulent sauces and meat specialties. In creating these dishes, GAYLORD Chefs use the finest quality ingredients to ensure their integrity. For example, the spices are imported from India, and only the best cuts of meat, poultry and seafood are used. The VEGETARIAN component of Indian cuisine is legendary, and here too GAYLORD sets the standards of excellence. Traditional menu items include lamb, chicken, seafood, fresh local vegetables and fruits, all prepared in freshly ground spices. All meals can be complemented with a variety of artisanal breads such as NAAN, GARLIC NAAN, KULCHAS AND PARATHAS. An extensive list of DESSERTS includes KULFI and RAS MALAI, FAVORED ALL OVER THE Indian subcontinent.

GAYLORD RESTAURANT locations are handpicked to provide convenience, comfort and visual appeal inside and out, which, when combined with the outstanding cuisine and attentive service, provide a complete dining experience. All the restaurants maintain FULL BARS, with premium drinks and specialty cocktails, as well as extensive wine lists selected to complement the cuisine.

[Menu] [Services] [History] [Chefs Biography's] [Events] [Reservations]
[Contact Us]

Website Provided By: VanProDesigns







## ABOUT GAYLORD INDIA RESTAURANTS

The history of Gaylord India restaurants goes back 50 years when the first GAYLORD opened in New Delhi, India in 1946. It was the first upscale Indian Cuisine restaurant that opened in India during the British Raj, and was an instant success. The pioneering entrepreneurs, Iqbal Ghai and Peshori Lal Lamba, established very high standards from the beginning, and subsequently expanded to Bombay and several other Indian cities.

In 1957, they opened their first GAYLORD overseas, in London, where again, the restaurant was an instant success. Subsequently, branch restaurants were opened in Hong Kong, Japan, and in the United States. The venue of the first venture in the U.S. was Chicago followed by New York.

The first west coast GAYLORD was opened by Kishore Kripalani in 1976 high atop San Francisco's GHIRARDELLI SQUARE, with panoramic views of San Francisco Bay and the Marin County Headlands. The restaurant imported trained master chefs from India to guarantee the authenticity of the cuisine. Today, the Gaylord India Restaurants, with locations in Chicago, San Francisco, Sausalito, Menlo Park, Beverly Hills, Las Vegas, and the newest location in Sacramento, are synonymous with quality and authenticity, and have won numerous local and national accolades and awards. GAYLORD INDIA RESTAURANTS set the standard by which other Indian cuisine restaurants operate all over the United States.





GAYLORD'S concept and menus reflect Northern Indian cuisine, featuring TANDOORI and MUGHLAI – style dishes. Influenced by the Moghul Emperors who ruled much of Northern India for over 200 years, the cuisine is renowned for its exceptional

spices, opulent sauces and meat specialties. In creating these dishes, GAYLORD Chefs use the finest quality ingredients to ensure their integrity. For example, the spices are imported from India, and only the best cuts of meat, poultry and seafood are used. The VEGETARIAN component of Indian cuisine is legendary, and here too GAYLORD sets the standards of excellence. Traditional menu items include lamb, chicken, seafood, fresh local vegetables and fruits, all prepared in freshly ground spices. All meals can be complemented with a variety of artisanal breads such as NAAN, GARLIC NAAN, KULCHAS AND PARATHAS. An extensive list of DESSERTS includes KULFI and RAS MALAI, FAVORED ALL OVER THE Indian subcontinent.

GAYLORD RESTAURANT locations are handpicked to provide convenience, comfort and visual appeal inside and out, which, when combined with the outstanding cuisine and attentive service, provide a complete dining experience. All the restaurants maintain FULL BARS, with premium drinks and specialty cocktails, as well as extensive wine lists selected to complement the cuisine.

[Menu] [Services] [History] [Chefs Biography's] [Events] [Reservations]
[Contact Us]

Website Provided By: VanProDesigns



## ABOUT GAYLORD INDIA RESTAURANTS



The history of Gaylord India restaurants goes back 50 years when the first GAYLORD opened in New Delhi, India in 1946. It was the first upscale Indian Cuisine restaurant that opened in India during the British Raj, and was an instant success. The pioneering entrepreneurs, Iqbal Ghai and Peshori Lal Lamba, established very high standards from the beginning, and subsequently expanded to Bombay and several other Indian cities.

In 1957, they opened their first GAYLORD overseas, in London, where again, the restaurant was an instant success. Subsequently, branch restaurants were opened in Hong Kong, Japan, and in the United States. The venue of the first venture in the U.S. was Chicago followed by New York.



The first west coast GAYLORD was opened by Kishore Kripalani in 1976 high atop San Francisco's GHIRARDELLI SQUARE, with panoramic views of San Francisco Bay and the Marin County Headlands. The restaurant imported trained master chefs from India to guarantee the authenticity of the cuisine. Today, the Gaylord India Restaurants, with locations in Chicago, San Francisco, Sausalito, Menlo Park, Beverly Hills, Las Vegas, and the newest location in Sacramento, are synonymous with quality and authenticity, and have won numerous local and national accolades and awards. GAYLORD INDIA RESTAURANTS set the standard by which other Indian cuisine restaurants operate all over the United States.



GAYLORD'S concept and menus reflect Northern Indian cuisine, featuring TANDOORI and MUGHLAI – style dishes. Influenced by the Moghul Emperors who ruled much of Northern India for over 200 years, the cuisine is renowned for its exceptional

spices, opulent sauces and meat specialties. In creating these dishes, GAYLORD Chefs use the finest quality ingredients to ensure their integrity. For example, the spices are imported from India, and only the best cuts of meat, poultry and seafood are used. The VEGETARIAN component of Indian cuisine is legendary, and here too GAYLORD sets the standards of excellence. Traditional menu items include lamb, chicken, seafood, fresh local vegetables and fruits, all prepared in freshly ground spices. All meals can be complemented with a variety of artisanal breads such as NAAN, GARLIC NAAN, KULCHAS AND PARATHAS. An extensive list of DESSERTS includes KULFI and RAS MALAI, FAVORED ALL OVER THE Indian subcontinent.

GAYLORD RESTAURANT locations are handpicked to provide convenience, comfort and visual appeal inside and out, which, when combined with the outstanding cuisine and attentive service, provide a complete dining experience. All the restaurants maintain FULL BARS, with premium drinks and specialty cocktails, as well as extensive wine lists selected to complement the cuisine.

[Menu] [Services] [History] [Chefs Biography's] [Events] [Reservations]
[Contact Us]

Website Provided By: VanProDesigns





## ABOUT GAYLORD INDIA RESTAURANTS



The history of Gaylord India restaurants goes back 50 years when the first GAYLORD opened in New Delhi, India in 1946. It was the first upscale Indian Cuisine restaurant that opened in India during the British Raj, and was an instant success. The pioneering entrepreneurs, Iqbal Ghai and Peshori Lal Lamba, established very high standards from the beginning, and subsequently expanded to Bombay and several other Indian cities.

In 1957, they opened their first GAYLORD overseas, in London, where again, the restaurant was an instant success. Subsequently, branch restaurants were opened in Hong Kong, Japan, and in the United States. The venue of the first venture in the U.S. was Chicago followed by New York.

The first west coast GAYLORD was opened by Kishore Kripalani in 1976 high atop San Francisco's GHIRARDELLI SQUARE, with panoramic views of San Francisco Bay and the Marin County Headlands. The restaurant imported trained master chefs from India to guarantee the authenticity of the cuisine. Today, the Gaylord India Restaurants, with locations in Chicago, San Francisco, Sausalito, Menlo Park, Beverly Hills, Las Vegas, and the newest location in Sacramento, are synonymous with quality and authenticity, and have won numerous local and national accolades and awards. GAYLORD INDIA RESTAURANTS set the standard by which other Indian cuisine restaurants operate all over the United States.





GAYLORD'S concept and menus reflect Northern Indian cuisine, featuring TANDOORI and MUGHLAI – style dishes. Influenced by the Moghul Emperors who ruled much of Northern India for over 200 years, the cuisine is renowned for its exceptional

spices, opulent sauces and meat specialties. In creating these dishes, GAYLORD Chefs use the finest quality ingredients to ensure their integrity. For example, the spices are imported from India, and only the best cuts of meat, poultry and seafood are used. The VEGETARIAN component of Indian cuisine is legendary, and here too GAYLORD sets the standards of excellence. Traditional menu items include lamb, chicken, seafood, fresh local vegetables and fruits, all prepared in freshly ground spices. All meals can be complemented with a variety of artisanal breads such as NAAN, GARLIC NAAN, KULCHAS AND PARATHAS. An extensive list of DESSERTS includes KULFI and RAS MALAI, FAVORED ALL OVER THE Indian subcontinent.

GAYLORD RESTAURANT locations are handpicked to provide convenience, comfort and visual appeal inside and out, which, when combined with the outstanding cuisine and attentive service, provide a complete dining experience. All the restaurants maintain FULL BARS, with premium drinks and specialty cocktails, as well as extensive wine lists selected to complement the cuisine.

[Menu] [Services] [History] [Chefs Biography's] [Events] [Reservations]
[Contact Us]

Website Provided By: VanProDesigns



## ABOUT GAYLORD INDIA RESTAURANTS



The history of Gaylord India restaurants goes back 50 years when the first GAYLORD opened in New Delhi, India in 1946. It was the first upscale Indian Cuisine restaurant that opened in India during the British Raj, and was an instant success. The pioneering entrepreneurs, Iqbal Ghai and Peshori Lal Lamba, established very high standards from the beginning, and subsequently expanded to Bombay and several other Indian cities.

In 1957, they opened their first GAYLORD overseas, in London, where again, the restaurant was an instant success. Subsequently, branch restaurants were opened in Hong Kong, Japan, and in the United States. The venue of the first venture in the U.S. was Chicago followed by New York.

The first west coast GAYLORD was opened by Kishore Kripalani in 1976 high atop San Francisco's GHIRARDELLI SQUARE, with panoramic views of San Francisco Bay and the Marin County Headlands. The restaurant imported trained master chefs from India to guarantee the authenticity of the cuisine. Today, the Gaylord India Restaurants, with locations in Chicago, San Francisco, Sausalito, Menlo Park, Beverly Hills, Las Vegas, and the newest location in Sacramento, are synonymous with quality and authenticity, and have won numerous local and national accolades and awards. GAYLORD INDIA RESTAURANTS set the standard by which other Indian cuisine restaurants operate all over the United States.





GAYLORD'S concept and menus reflect Northern Indian cuisine, featuring TANDOORI and MUGHLAI – style dishes. Influenced by the Moghul Emperors who ruled much of Northern India for over 200 years, the cuisine is renowned for its exceptional

spices, opulent sauces and meat specialties. In creating these dishes, GAYLORD Chefs use the finest quality ingredients to ensure their integrity. For example, the spices are imported from India, and only the best cuts of meat, poultry and seafood are used. The VEGETARIAN component of Indian cuisine is legendary, and here too GAYLORD sets the standards of excellence. Traditional menu items include lamb, chicken, seafood, fresh local vegetables and fruits, all prepared in freshly ground spices. All meals can be complemented with a variety of artisanal breads such as NAAN, GARLIC NAAN, KULCHAS AND PARATHAS. An extensive list of DESSERTS includes KULFI and RAS MALAI, FAVORED ALL OVER THE Indian subcontinent.

GAYLORD RESTAURANT locations are handpicked to provide convenience, comfort and visual appeal inside and out, which, when combined with the outstanding cuisine and attentive service, provide a complete dining experience. All the restaurants maintain FULL BARS, with premium drinks and specialty cocktails, as well as extensive wine lists selected to complement the cuisine.

[Menu] [Services] [History] [Chefs Biography's] [Events] [Reservations]
[Contact Us]

Website Provided By: VanProDesigns



## ABOUT GAYLORD INDIA RESTAURANTS



The history of Gaylord India restaurants goes back 50 years when the first GAYLORD opened in New Delhi, India in 1946. It was the first upscale Indian Cuisine restaurant that opened in India during the British Raj, and was an instant success. The pioneering entrepreneurs, Iqbal Ghai and Peshori Lal Lamba, established very high standards from the beginning, and subsequently expanded to Bombay and several other Indian cities.

In 1957, they opened their first GAYLORD overseas, in London, where again, the restaurant was an instant success. Subsequently, branch restaurants were opened in Hong Kong, Japan, and in the United States. The venue of the first venture in the U.S. was Chicago followed by New York.



The first west coast GAYLORD was opened by Kishore Kripalani in 1976 high atop San Francisco's GHIRARDELLI SQUARE, with panoramic views of San Francisco Bay and the Marin County Headlands. The restaurant imported trained master chefs from India to guarantee the authenticity of the cuisine. Today, the Gaylord India Restaurants, with locations in Chicago, San Francisco, Sausalito, Menlo Park, Beverly Hills, Las Vegas, and the newest location in Sacramento, are synonymous with quality and authenticity, and have won numerous local and national accolades and awards. GAYLORD INDIA RESTAURANTS set the standard by which other Indian cuisine restaurants operate all over the United States.



GAYLORD'S concept and menus reflect Northern Indian cuisine, featuring TANDOORI and MUGHLAI – style dishes. Influenced by the Moghul Emperors who ruled much of Northern India for over 200 years, the cuisine is renowned for its exceptional

http://www.gaylords.com/history.html                    6/15/2007

spices, opulent sauces and meat specialties. In creating these dishes, GAYLORD Chefs use the finest quality ingredients to ensure their integrity. For example, the spices are imported from India, and only the best cuts of meat, poultry and seafood are used. The VEGETARIAN component of Indian cuisine is legendary, and here too GAYLORD sets the standards of excellence. Traditional menu items include lamb, chicken, seafood, fresh local vegetables and fruits, all prepared in freshly ground spices. All meals can be complemented with a variety of artisanal breads such as NAAN, GARLIC NAAN, KULCHAS AND PARATHAS. An extensive list of DESSERTS includes KULFI and RAS MALAI, FAVORED ALL OVER THE Indian subcontinent.

GAYLORD RESTAURANT locations are handpicked to provide convenience, comfort and visual appeal inside and out, which, when combined with the outstanding cuisine and attentive service, provide a complete dining experience. All the restaurants maintain FULL BARS, with premium drinks and specialty cocktails, as well as extensive wine lists selected to complement the cuisine.

[Menu] [Services] [History] [Chefs Biography's] [Events] [Reservations]
[Contact Us]

**Website Provided By: VanProDesigns**