David E. Lovejoy (CSB No. 055283)
102 Reed Ranch Road
TIBURON, CA 94920-2025
   TEL:     415-435-8203
   FAX:    415-435-8857
   e-MAIL:  david.lovejoy@sbcglobal.net
Attorney for: Plaintiff AJANTA Corporation,
           Plaintiff Kishore Kripalani


WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
725 1 W, Lake Mead Blvd.
Las Vegas, Nevada 89128
   Tel: (702) 382-4804
   e-Mail: GBuhyoff@weidemiller.com
   Fax: (702) 382-4805
Attorneys for: Defendants Gaylord, LLC
            and Satpal S. Kohli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJANTA CORPORATION and Kishore Kripalani<br>    Plaintiffs<br>v.<br><br>GAYLORD, LLC and Satpal S. Kohli<br>    Defendants. | CASE NO. CASE NO. C07-2823 MJJ<br><br>VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS |

**1.** The parties have been in settlement negotiations but complete agreement on settlement has not been reached.

2. In order to provide further time for settlement negotiations or other actions by the parties, Plaintiffs hereby enter this VOLUNTARY DISMISSAL pursuant to Fed. R. Civ. P. 41 which provides in part,

> "Rule 41. Dismissal of Actions
>
> (a) Voluntary Dismissal: Effect Thereof.
> (1) By Plaintiff; By Stipulation.
> Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, …"

3. Plaintiffs have not been served with an answer or a motion for summary judgment.

4. This action is not a class action nor has a receiver been appointed.

5. Accordingly, Plaintiffs request this action to be dismissed WITHOUT PREJUDICE whereby Plaintiffs shall be free to re-file this action, any related action or otherwise proceed.

Dated: October 15, 2007

By

/S/ David E. Lovejoy

David E. Lovejoy
Attorney for Plaintiffs
AJANTA Corporation
Kishore Kripalani

Voluntary Dismissal
Voluntary_Dismissal_07-10-15_fi.doc        Page 2 of 2        CASE NO.: C07-2823 MJJ

David E. Lovejoy (CSB No. 055283)
102 Reed Ranch Road
TIBURON, CA 94920-2025
   TEL:     415-435-8203
   FAX:    415-435-8857
   e-MAIL:  david.lovejoy@sbcglobal.net
Attorney for: Plaintiff AJANTA Corporation,
        Plaintiff Kishore Kripalani

WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
725 1 W, Lake Mead Blvd.
Las Vegas, Nevada 89128
  Tel: (702) 382-4804
  e-Mail: GBuhyoff@weidemiller.com
  Fax: (702) 382-4805
Attorneys for: Defendants Gaylord, LLC
       and Satpal S. Kohli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJANTA CORPORATION and Kishore Kripalani<br>    Plaintiffs<br>v.<br>GAYLORD, LLC and Satpal S. Kohli<br>    Defendants. | CASE NO. CASE NO. C07-2823 MJJ<br><br>ORDER TO ENTER VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

## **ORDER**

1. The Plaintiffs AJANTA CORPORATION and KISHORE KRIPALANI by counsel have entered a VOLUNTARY DISMISSAL of this action WITHOUT PREJUDICE.

2. Plaintiffs have not been served with an answer or a motion for summary judgment.

3. This action is not a class action nor has a receiver been appointed.

**4.** It is ordered that this action is dismissed WITHOUT PREJUDICE.

Dated: _____

_____
Judge Martin J. Jenkins