1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

David E. Lovejoy (CSB No. 055283)
102 Reed Ranch Road
TIBURON, CA 94920-2025
    TEL:      415-435-8203
    FAX:     415-435-8857
    e-MAIL:  david.lovejoy@sbcglobal.net
Attorney for: Plaintiff AJANTA Corporation,
              Plaintiff Kishore Kripalani


WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
725 1 W, Lake Mead Blvd.
Las Vegas, Nevada 89128
  Tel: (702) 382-4804
  e-Mail: GBuhyoff@weidemiller.com
  Fax: (702) 382-4805
Attorneys for: Defendants Gaylord, LLC
          and Satpal S. Kohli

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJANTA CORPORATION and Kishore Kripalani<br>      Plaintiffs<br>v.<br><br>GAYLORD, LLC and Satpal S. Kohli<br>      Defendants. | CASE NO. CASE NO. C07-2823 MJJ<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS** |

1. The parties have been in settlement negotiations but complete agreement on settlement has not been reached.

2.  In order to provide further time for settlement negotiations or other actions by the parties, Plaintiffs hereby enter this VOLUNTARY DISMISSAL pursuant to Fed. R. Civ. P. 41 which provides in part,

> "Rule 41. Dismissal of Actions
>
> (a) Voluntary Dismissal: Effect Thereof.
> (1) By Plaintiff; By Stipulation.
> Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, …"

3.  Plaintiffs have not been served with an answer or a motion for summary judgment.

4.  This action is not a class action nor has a receiver been appointed.

5.  Accordingly, Plaintiffs request this action to be dismissed WITHOUT PREJUDICE whereby Plaintiffs shall be free to re-file this action, any related action or otherwise proceed.


Dated: <u>October 15, 2007</u>

By

<u>/S/ David E. Lovejoy</u>


David E. Lovejoy
Attorney for Plaintiffs
 AJANTA Corporation
 Kishore Kripalani

David E. Lovejoy (CSB No. 055283)
102 Reed Ranch Road
TIBURON, CA 94920-2025
      TEL:        415-435-8203
      FAX:        415-435-8857
      e-MAIL:   david.lovejoy@sbcglobal.net
Attorney for: Plaintiff AJANTA Corporation,
                  Plaintiff Kishore Kripalani


WEIDE & MILLER, LTD.
Gregory F. Buhyoff
California State Bar No. 141437
Bank of Nevada Bldg., Suite 530
725 1 W, Lake Mead Blvd.
Las Vegas, Nevada 89128
      Tel: (702) 382-4804
      e-Mail: GBuhyoff@weidemiller.com
      Fax: (702) 382-4805
Attorneys for: Defendants Gaylord, LLC
                  and Satpal S. Kohli

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJANTA CORPORATION and Kishore Kripalani<br>          Plaintiffs<br>v.<br><br>GAYLORD, LLC and Satpal S. Kohli<br>          Defendants. | CASE NO. CASE NO. C07-2823 MJJ<br><br>ORDER TO ENTER VOLUNTARY DIS-MISSAL WITHOUT PREJUDICE |

## **ORDER**

1.  The Plaintiffs AJANTA CORPORATION and KISHORE KRIPALANI by counsel have en-

    tered a VOLUNTARY DISMISSAL of this action WITHOUT PREJUDICE.

2.  Plaintiffs have not been served with an answer or a motion for summary judgment.

3.  This action is not a class action nor has a receiver been appointed.

Order Voluntary Dismissal
Order_07-10-15.fi.doc
CASE NO.: C07-2823 MJJ

1    **4.**    It is ordered that this action is dismissed WITHOUT PREJUDICE.

2

3    Dated: ____October 15, 2007_____

4

5

6

7    _____

8                    Judge Martin J. Jenkins

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28